# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARMAND CARTEZ STEWARD

NO. 2025 KW 1005

**JANUARY 23, 2026**

---

In Re:    Armand Cartez Steward, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-04323.

---

**BEFORE:    McCLENDON, C.J., GREEN AND STROMBERG, JJ.**

**WRIT DENIED.** This application appears to be a request for postconviction relief filed with this court in the first instance. Relator has not demonstrated that he sought relief in the district court before filing in this court nor shown any extraordinary circumstances that would justify bypassing the district court. See La. Code Crim. P. arts. 926 (A) & (D).

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT